IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MARQUISE BYRD,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CIVIL ACTION NO.: 4:20-cr-16-8

**O R D E R**

Before the Court is the Magistrate Judge's October 31, 2023 Report and Recommendation, (doc. 1480), to which no objections have been filed.  After a careful de novo review of the entire record, the Court agrees with the Magistrate Judge's recommendation.  The Court, therefore, **ADOPTS** the Report and Recommendation, (doc. 1480), as its opinion and **DISMISSES** Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence, (doc. 1475).

    **SO ORDERED**, this 29th day of January, 2024.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA