**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

UNITED STATES OF AMERICA,

    v.

MARQUISE BYRD,

    Defendant.

CASE NO.: 4:20-cr-16-8

**O R D E R**

The Court **DENIES** Defendant's most recent request wherein he requests credit for time served towards his sentence. (Doc. 1564.) As the Court previously explained when denying a similar request, Defendant must file a petition under 28 U.S.C. § 2241 in the district of his confinement to obtain judicial relief regarding his sentence calculation claims. Additionally, as the Government explained in its response, (doc. 1567), Defendant must first exhaust his administrative remedies before seeking judicial relief.

**SO ORDERED**, this 22nd day of July, 2026.

_____

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA